## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| **ROBERT MCCOMB** | : | Case No. 3:20-cv-00369-WHR-PBS |
| | : | |
| Plaintiff, | : | Judge Walter R. Rice |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| v. | : | |
| | : | **ENTRY GRANTING JOINT MOTION FOR** |
| **DOMINIUM PROPERTY** | : | **EXTENSION OF TIME TO RESPOND TO** |
| **MANAGEMENT, et al.** | : | **PLAINTIFF'S FIRST SET OF DISCOVERY** |
| | : | **REQUESTS** |
| Defendants. | : | |

Upon motion of Defendants and for good cause shown, Defendants' Joint Motion To Set Response Date and/or Extension Of Time To Respond To Plaintiff's First Set Of Discovery Requests is hereby granted. Defendants are each permitted an additional sixty (60) days to respond to Plaintiff's First Set of Discovery Requests.

SO ORDERED.

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge